UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR JARAMILLO and TEODORA VILLALOBOS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO SHERIFF'S DEPUTY ALAWATI and JONATHAN CORRAO,<br><br>Defendants. | Case No.: 19cv1140-BAS-MDD<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[ECF No. 12] |

On October 4, 2019, Plaintiffs Cesar Jaramillo and Teodora Villalobos and Defendants County of San Diego Sheriff's Deputy Alawati and Jonathan Corrao jointly moved the Court to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for October 25, 2019. (ECF No. 12 at 1). In support, the parties contend Defense counsel will be in trial between October 7, 2019 and October 18, 2019 and, therefore, will not have enough time to adequately prepare for the ENE. (*Id.*).

Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' joint motion. The ENE currently scheduled for October 25, 2019

1

is hereby **RESET** to **December 4, 2019 at 9:30 a.m.**  Confidential ENE briefs and a Joint Discovery Plan shall be submitted to chambers in person or via email (efile_dembin@casd.uscourts.gov) on or before **November 27, 2019**. All other guidelines remain as previously set.  (*See* ECF No. 11).

**IT IS SO ORDERED**.

Dated: October 7, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge